PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey  08625-0112
Attorney for Defendant T. Michael Power and Nicole Dos Santos

By:  Jennifer S. Hsia
     Deputy Attorney General
     (609) 633-8687
     jennifer.hsia@dol.lps.state.nj.us

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**VICINAGE OF NEWARK**

| | |
|---|---|
| DAVID EDWARDS a/k/a SAYNORAL ANDREW JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>T. MICHAEL POWER, et al.,<br><br>    Defendants. | HON. SUSAN D. WIGENTON, U.S.D.J.<br><br><br>Civil Action No.  07-4121(SDW)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by way of notice of the parties and State defendants having requested to take the deposition of the Plaintiff, who is presently incarcerated in South Woods State Prison in Bridgeton, New Jersey, and for good cause shown;

**IT IS ON THIS** 9 day of Oct 2010,

**ORDERED** that defendants' request to take the deposition of the Plaintiff, who is presently incarcerated in South Woods State Prison in Bridgeton, New Jersey, is hereby granted.

**IT IS FURTHER ORDERED** that the deposition be taken on a date and time designated by the Office of the Attorney General upon three days notice to the Administrator of the prison where David Edwards a/k/a Saynoral Andrew Jackson is located, and at a place designated by said Administrator; and that the court reporter shall bring with him/her all necessary equipment including, but not limited to, a laptop computer, into the facility.

Hon. ~~Susan D. Wigenton~~, U.S.D.J.